# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**LINDA JEAN QUIGG,**

    Plaintiff,

    v.

**THOMAS COUNTY SCHOOL DISTRICT,**

    Defendant.

Case No. 7:12-cv-153 (HL)

## ORDER

For good cause shown, the Plaintiff's Motion to Withdraw (Doc. 14) is granted. Attorney Jerry Lumley shall be withdrawn as counsel in this case. Plaintiff will continue to be represented by Mr. William Tinkler. The granting of this Motion means that Defendant's Motion to Disqualify (Doc. 7) is moot.

**SO ORDERED**, this 29th day of January 2013.

                *s/ Hugh Lawson*
                HUGH LAWSON, SENIOR JUDGE

ebr