**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**LINDA JEAN QUIGG, Ed.D.,**

     Plaintiff,

v.

**THOMAS COUNTY SCHOOL
DISTRICT,**

     Defendant.

Civil Action 7:12-CV-153 (HL)

**ORDER**

In accordance with the Court's Order filed on April 3, 2013, Plaintiff Linda Jean Quigg has filed a copy of her charge of discrimination and her notice of right to sue issued by the Equal Employment Opportunity Commission ("EEOC"). These documents prove that Plaintiff complied with the statute of limitations for filing her discrimination claim under Title VII.

Under Title VII, a person who believes that she has been the victim of discrimination must file a charge with the EEOC within 180 days of the adverse employment action if she is in a "non-deferral" state. 29 U.S.C. § 626(d)(1); *see also* Grayson v. K Mart Corp., 79 F.3d 1086, 1100 (11th Cir. 1996).[1] The time for filing begins to run when the employee receives "unequivocal notice of the adverse employment decision." Id. at n. 19.

---

[1] Georgia is a non-deferral state. Sheffield v. United Parcel Serv., Inc., 403 Fed. Appx. 452, 454 n. 2 (11th Cir. 2010).

In this case, Plaintiff received notice of the adverse action on June 1, 2011, the day that she was terminated. Her charge of discrimination was filed with the EEOC on August 3, 2011, sixty-three days after her termination, within the statutory time frame. Thus, Defendant's allegation that Plaintiff should not be permitted to amend her Complaint based on a violation of the statute of limitations is meritless. The Court finds no reason that the Complaint should not be amended.

**SO ORDERED**, this 9th day of April, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr