IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LINDA JEAN QUIGG, Ed.D.,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS COUNTY SCHOOL DISTRICT; CHARLES EVANS, individually; NANCY HIERS, individually; SCOTT MORGAN, individually; MARK NeSMITH, individually; and KAY STREETS, individually,<br><br>    Defendants. | Case No. 7:12-CV-153(HL) |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

Before the Court is the Motion to Exceed Page Limits filed by Defendants Charles Evans, Nancy Hiers, Scott Morgan, Mark NeSmith and Kay Streets, the Board members and individual Defendants in this case. The Defendant Board Members' motion seeks leave from the Court pursuant to Local Rule 7.4 to file a memorandum of law of not more than forty (40) pages in support of the Board Defendants' anticipated motion for summary judgment. The Court finding that there is good cause to grant Defendants' motion,

[948073/1]

IT IS HEREBY ORDERED that Defendants Charles Evans, Nancy Hiers, Scott Morgan, Mark NeSmith and Kay Streets may file a joint memorandum of law of not more than forty (40) pages in support of their proposed motion for summary judgment.

**SO ORDERED**, this 15th day of January, 2014.

        s/ Hugh Lawson
        HON. HUGH LAWSON
        Senior Judge

[948073/1]