# DEFENDANT BOARD MEMBERS' EXHIBIT TO BILL OF COSTS

Linda Jean Quigg, Ed.D v. Thomas County School District, et al,

M.D.Ga. Civil Action No: 7:12-CV-153(HL)

## Deposition Transcripts Purchased by the Defendant Board Members

| | | |
|---|---|---|
| October 15, 2013 | Linda Quigg | $1,677.25 |
| October 21, 2013 | Linda Quigg (continued) | $1,345.75 |
| November 13-14, 2013 | Defendants Kay Streets<br>Defendant Nancy Hiers<br>Defendant Mark NeSmith<br>Defendant Scott Morgan | $2,325.00 |
| December 20, 2013 | D. Barrett<br>S. Barrett<br>Defendant Charles Evans | $1,292.25 |
| Total | | $6,640.25 |

 COMBS COURT REPORTING

## INVOICE

COLEMAN TALLEY LLP
ATTN: Edward F. Preston, Esquire
PO Box 5437
Valdosta, GA 31603

Invoice Number: 101126
Invoice Date: 11/04/2013

Client Phone: 229.242.7562

In RE: Linda Jean Quigg, Ed.D., vs Thomas Co School District
Linda J. Quigg
Attendance Date: 10/15/2013, 10:00am
Reporter: SJOL
Location: Parks, Chesin and Walbert, PC - 3646 Vineville Ave - Macon, GA 31204

Invoice Total: 1677.25

Charges for Per Diem, Original transcript (Quigg), Exhibits.
Provided complimentary Etran and no additional charge for Fed Ex
overnight delivery

Thank you for using Combs Court Reporting. 1.5% finance charge accrued
monthly on past-due balances. You may pay by credit card at
www.combscourtreporting.com. Please add 4% for the transaction fee.

We appreciate your business.

Tax ID: 33-1178413



## COMBS COURT REPORTING

PROFESSIONAL COURT REPORTERS
Serving the entire State of Georgia

3646 Vineville Ave
Macon, GA 31204
Phone: 800-476-6097
deborah@combscourtreporting.com

# INVOICE

COLEMAN TALLEY LLP
ATTN: Edward F. Preston, Esquire
PO Box 5437
Valdosta, GA 31603

Invoice Number: 101129
Invoice Date: 11/04/2013

Client Phone: 229.242.7562

In RE: Linda Jean Quigg, Ed.D., vs Thomas Co School District
Linda J. Quigg
Attendance Date: 10/21/2013, 10:00am
Reporter: SJOL
Location: Parks, Chesin and Walbert, PC - 3646 Vineville Ave - Macon, GA 31204

Invoice Total: 1345.75

Complimentary Etran.
Charges for Per diem, original transcript of Quigg and exhibits. No additional charge for Fed Ex overnight delivery

Thank you for using Combs Court Reporting. 1.5% finance charge accrued monthly on past-due balances. You may pay by credit card at www.combscourtreporting.com. Please add 4% for the transaction fee.

We appreciate your business.

Tax ID: 33-1178413

# Professional Court Reporters LLC
3659 Chattahoochee Summit Drive
Atlanta, Georgia  30339
(770) 952-0604
Tax ID: 03-0396895

---

December 9, 2013

Edward F. Preston, Esquire
Coleman Talley, LLP
910 North Patterson Street
Valdosta, GA 31601

| Invoice Number |
| --- |
| 213498 |

**Re:** Linda Jean Quigg, Ed.D. vs. Thomas County School District, et al.
Depositions Held in Thomasville, GA

| Description of Services |
| --- |
| Depositions of K. Streets & N. Hiers - 11/13/13, M. NeSmith & S. Morgan - 11/14/13 |

**Invoice total:** $2,325.00

PrePay.  Due Upon Receipt.

Invoice includes full transcripts and mini copies.  Originals held for signature.  No exh attached, per counsel.

Reporter:  Mary Allen Neel, RPR, CCR

MasterCard, Visa and AmEx accepted.
$40.00 Late Fee plus 1.5 percent per month on balance after 30 days.

Visit our website at www.ProfessionalCourtReporters.com

Thank you for your business!

# Professional Court Reporters LLC

3659 Chattahoochee Summit Drive
Atlanta, Georgia 30339
(770) 952-0604
Tax ID: 03-0396895

---

January 9, 2014

Edward F. Preston, Esquire
Coleman Talley, LLP
910 North Patterson Street
Valdosta, GA 31601

| Invoice Number |
| --- |
| 214005 |

**Re:** Linda Jean Quigg, Ed.D. vs. Thomas County School District, et al.
Depositions Held in Thomasville, GA

| Description of Services |
| --- |
| Depositions of D. Barrett, S. Barrett & C. Evans - 12/20/13 |

**Invoice total:** $1,292.25

PrePay. Due Upon Receipt.

Invoice includes original transcripts, full copies, minis, and exhibits. Original of Evans held for signature.

Reporter: Julie F. Robinson, CCR

MasterCard, Visa and AmEx accepted.
$40.00 Late Fee plus 1.5 percent per month on balance after 30 days.

Visit our website at www.ProfessionalCourtReporters.com

Thank you for your business!