IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LINDA JEAN QUIGG, Ed.D., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO.: 7:12-CV-153 (HL) |
| THOMAS COUNTY SCHOOL | : | |
| DISTRICT, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

## NOTICE OF POTENTIAL TRIAL CONFLICT

NOW COMES the Plaintiff, and hereby gives notice of a potential conflict regarding the trial date set in this case and the trial date recently set in another case, *Crisp et al v. Hill et al,* No. 1:13-CV-3044-SCJ-AJB (Northern District of Georgia) In this regard, Plaintiff shows the Court the following:

1) This action was filed on November 18, 2012

2) The *Crisp* action was filed on September 12, 2013;

3) On March 29, 2016, this Court set the *Quigg* matter down for trial beginning on July 26, 2016 (no pretrial order establishing the approximate length of trial has yet been entered);

4)	On May 2, 2016, Judge Jones set the *Crisp* matter down for trial beginning on June 28, 2016 (third case out; no pretrial order establishing the approximate length of trial has yet been entered);[1]

5)	On May 5, 2016, this Court modified the *Quigg* trial date to July 18, 2016.

**Proposed Conflict Resolution**

Because: (a) the *Quigg* case is currently third on Judge Jones's 6/28 calendar (and the resulting uncertainty as to when trial will actually commence); and (b) the as-yet undetermined length of trial in that case and Plaintiffs' anticipation that the case will take a minium of two weeks; and ( c) this case was the first filed action, (d) this case was the first case set down for trial; and (d) it is anticipated that trial of this case will also likewise take approximately two weeks), Plaintiffs in the *Crisp* matter have requested that it be removed from Judge Jones's 7/18 current calendar and that it be placed on the Judge Jones's on a subsequent calendar.

Respectfully submitted this 5th day of May, 2016.

/s/ Harlan S. Miller
Georgia Bar No. 506709

---

[1] Contemporaneously with the filing of this Notice, the Plaintiffs in the Crisp matter have filed a notice of potential conflict and motion to continue the trial.

**MILLER LEGAL, P.C.**
3646 Vineville Avenue
Macon, Ga., 31204
(404) 931-6490
(478) 292-7808 (fax)
hmiller@millerlegalpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2016, I served the within and foregoing NOTICE via the CM/ECF system, which will automatically deliver a copy to all Counsel of Record.

Respectfully submitted this 5th day of May, 2016.

/s/ Harlan S. Miller
Harlan S. Miller
Georgia Bar No. 506709