IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LINDA JEAN QUIGG, Ed.D, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| vs. | : | |
| | : | 7:12-CV-00153 (HL) |
| THOMAS COUNTY SCHOOL DISTRICT, SCOTT MORGAN, Individually, and MARK NeSMITH, Individually, | : | |
| | : | |
| Defendants. | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDCE

Plaintiff LINDA JEAN QUIGG, Ed.D., and Defendant THOMAS COUNTY SCHOOL DISTRICT by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(i)(A)(2), hereby stipulate to the dismissal of this lawsuit, with prejudice.

Respectfully submitted this 16th day of August, 2016.

(Signatures following)

**MILLER LEGAL, P.C.**
Attorney for Plaintiff

/s/ Harlan S. Miller
Georgia Bar No. 506709
3646 Vineville Avenue
Macon, GA  31204
(404) 931-6490
hmiller@millerlegalpc.com


**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorneys for Defendants

*/s/ Randall C. Farmer*
Randall C. Farmer
Georgia Bar No. 255345
49 Atlanta Street
Marietta, GA 30060
Phone:  770-422-1776
Fax:  770-426-6155
Email:  rfarmer@gregorydoylefirm.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LINDA JEAN QUIGG, Ed.D, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| vs. | : | |
| | : | 7:12-CV-00153 (HL) |
| THOMAS COUNTY SCHOOL | : | |
| DISTRICT, SCOTT MORGAN, | : | |
| Individually, and MARK NeSMITH, | : | |
| Individually, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2016, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** using CM/ECF which will automatically send email notification of such filing to the following attorneys of record:

      Harlan S. Miller, Esq.
      hmiller@millerlegalpc.com

      A. Lee Parks
      lparks@pcwlawfim.com

      */s/ Randall C. Farmer*
      Randall C. Farmer
      Georgia Bar No. 255345
      49 Atlanta Street
      Marietta, GA 30060
      Phone:  770-422-1776
      Fax:  770-426-6155